**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01168-NYW

COLLATERAL INTERNATIONAL, LLC,
a Delaware limited liability company,

       Plaintiff,

v.

CHERYL L. DENNLER,

       Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Nina Y. Wang

       This civil action is before the court on Plaintiff's Motion for Order to Appoint Special Process Server (the "Motion"). [#8, filed June 22, 2015].

       IT IS ORDERED that the Motion is **GRANTED**:

1. APS International, LTD., including its designated agents, is appointed and authorized to effect service of process on Defendant, Cheryl L. Dennler, in Mexico, and

2. Service shall be effectuated according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

DATED: June 23, 2015